

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00631-CV

**IN THE INTEREST OF A.B.R., A CHILD**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02483
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. The appellee's brief is due on or before December 9, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court